89 A.3d 656

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Reinerio VELAZCO–MENA, Petitioner.**

Supreme Court of Pennsylvania.

April 14, 2014.

24

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of April, 2014, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue as stated by Petitioner:

Whether the trial court erred in imposing the mandatory minimum sentence pursuant to 42 Pa.C.S. 9712.1(a) over the [Petitioner's] objection on the grounds that the firearm in question was not found "in close proximity" to the drugs found in Petitioner's residence?

The Superior Court's decision affirming the imposition of a mandatory minimum sentence under Section 9712.1 is **VACATED,** and the matter is **REMANDED** to the Superior Court for further proceedings in light of *Commonwealth v. Hanson*, 623 Pa. 388, 82 A.3d 1023 (2013).